FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP - 6 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3FORM, INC., a Utah corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ARCHITECTURAL RESINS GROUP INTL., a Wyoming corporation,<br><br>Defendant. | CASE NO.: SACV12-02087 AG (ANx)<br><br>~~[PROPOSED]~~ JUDGMENT |

WHEREAS the Clerk of Court having entered the default of Defendant Architectural Resins Group Intl. ("Defendant");

WHEREAS Plaintiff 3form, Inc. ("Plaintiff") filed a Motion for Entry of Default Judgment ("Motion") against Defendant;

WHEREAS the Court having read and considered the pleadings, declarations, and exhibits on file in this matter and having reviewed such evidence as was presented in support of Plaintiff's Motion; and

GOOD CAUSE APPEARING THEREFORE, THE COURT ORDERS as follows:

1. Plaintiff's Motion ~~is~~ WAS GRANTED.

2.   JUDGMENT is entered in favor of Plaintiff and against Defendant with respect to all claims and causes of action alleged in this lawsuit.

3.   ~~Defendant shall, within fifteen (15) days of this Order, pay~~ Plaintiff is awarded $2,250.00 in statutory damages ~~incurred by Plaintiff~~.

~~4.   Defendant shall, within fifteen (15) days of this Order, pay~~ pre-judgment interest at the rate of ten percent (10%) per annum on the ~~total~~ statutory ~~judgment~~ damages listed in Paragraph 3 from December 3, 2012 (the date of the filing of the Complaint) up to and including the date of this ~~Order.~~ Judgment;

5.   Defendant shall pay post-judgment interest ~~at the rate of ten percent (10%) per annum on the total judgment listed in Paragraph 3 beginning from the date of this Order until fully paid.~~

~~6.   Defendant shall, within fifteen (15) days of this Order, pay $413.50 in costs incurred by Plaintiff.~~

~~7.   Defendant shall, within fifteen (15) days of this Order, pay $425.00 in attorney's fees incurred by Plaintiff.~~

8.   Defendant is permanently enjoined and restrained from, directly or indirectly, by use of any means or instrumentalities, future infringement of any and all of 3form, Inc.'s trademarks and patents, ~~including those~~ identified in Plaintiff's Complaint filed with the Court on December 3, 2012.

~~9.   The Court shall retain jurisdiction of this matter.~~

DATED: Sept 6, 2013

_____
The Honorable Andrew J. Guilford
United States District Court Judge

OC #45160

2

[~~PROPOSED~~] JUDGMENT